IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ADDONES SPENCER,
Reg. # 11060-027                                                                            PLAINTIFF

v.                              No. 2:13-cv-63-DPM-BD

L. WARD, Disciplinary Hearing Officer, FCI
Forrest City; W. ANNTON, FCI Forrest City;
S. LOPEZ, Counselor, FCI Forrest City;
C. SAMUELS, Director, Bureau of Prisons;
J.A. KELLER, Regional Director, Bureau of
Prisons; BLAIR SUMMERS, Disciplinary
Hearing Officer, FCI Forrest City; JOHN FOX,
Warden, FCI Forrest City; BUREAU OF PRISONS;
C. FARRIS, Counselor, FCI-Forrest City; FCI
FORREST CITY; MARK A. SHELDON, FCI
Forrest City; JON M. ADDUCI, Unit Manager,
FCI Forrest City; CANTRELL, Officer, FCI
Forrest City; and ALSUP, Officer, FCI Forrest City         DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's partial recommended disposition, № 22, to which Spencer has not objected. After reviewing the proposal for clear factual error and for legal error, FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes), the Court adopts it. Ward's and Farris's motion to dismiss, № 20, is granted. Spencer's claims against Ward and Farris are dismissed without prejudice.

-2-

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

6 January 2014

Case 2:13-cv-00063-DPM-BD   Document 23   Filed 01/06/14   Page 2 of 2

-2-

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 January 2014

-2-