IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ADDONES SPENCER,
Reg. # 11060-027                                                        PLAINTIFF

v.                            No. 2:13-cv-63-DPM-BD

W. ANNTON, FCI Forrest City; S. LOPEZ,
Counselor, FCI Forrest City;  C. SAMUELS,
Director, Bureau of Prisons; J.A. KELLER,
Regional Director, Bureau of Prisons; BLAIR
SUMMERS, Disciplinary Hearing Officer,
FCI Forrest City; JOHN FOX, Warden, FCI
Forrest City; BUREAU OF PRISONS; FCI
FORREST CITY; MARK A. SHELDON, FCI
Forrest City; JON M. ADDUCI, Unit Manager,
FCI Forrest City; CANTRELL, Officer, FCI
Forrest City; and ALSUP, Officer, FCI Forrest City        DEFENDANTS

ORDER

Unopposed recommendation, № 24, adopted. FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes). Spencer's claims against Annton, Lopez, Samuels, Keller, Summers, Fox, the Bureau of Prisons, FCI - Forrest City, Sheldon, Adduci, Cantrell, and Alsup are dismissed without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2014