# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ADDONES SPENCER,
Reg. # 11060-027                                                                                                   PLAINTIFF

v.                          No. 2:13-cv-63-DPM

L. WARD, Disciplinary Hearing Officer, FCI
Forrest City; W. ANNTON, FCI Forrest City;
S. LOPEZ, Counselor, FCI Forrest City;
C. SAMUELS, Director, Bureau of Prisons;
J.A. KELLER, Regional Director, Bureau of
Prisons; BLAIR SUMMERS, Disciplinary
Hearing Officer, FCI Forrest City; JOHN FOX,
Warden, FCI Forrest City; BUREAU OF PRISONS;
C. FARRIS, Counselor, FCI-Forrest City; FCI
FORREST CITY; MARK A. SHELDON, FCI
Forrest City; JON M. ADDUCI, Unit Manager,
FCI Forrest City; CANTRELL, Officer, FCI
Forrest City; and ALSUP, Officer, FCI Forrest City          DEFENDANTS

# JUDGMENT

Spencer's complaint is dismissed without prejudice.

                                                     _____
                                                     D.P. Marshall Jr.
                                                     United States District Judge

                                                     30 January 2014